In the Matter of the Accounting of ADIRONDACK NATIONAL
BANK AND TRUST COMPANY, as Executor of PHELPS
SMITH, Deceased, Respondent; PAUL SMITH'S COLLEGE
OF ARTS AND SCIENCES, Appellant.

Argued October 3, 1940; decided October 18, 1940.

*Frederick E. Crane, Harry P. Kehoe, Jeremiah W. Davern*
and *William S. Crapser* for appellant.

*John T. DeGraff* and *F. Ferris Hewitt* for respondent.

Order affirmed, with costs payable out of the estate. No
opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and
CONWAY, JJ. Taking no part: LEHMAN, Ch. J.